Michael J. Frevola
Christopher R. Nolan
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
(212) 513-3200

ATTORNEYS FOR PLAINTIFF
PACIFIC STARFISH S.A.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PACIFIC STARFISH S.A.,

Plaintiff,

-against-

SPETITLINE, LLC a/k/a
SPETIT LINE, LLC,

Defendant.

---

08 Civ. _____ ( ___ )

**VERIFIED COMPLAINT**

Plaintiff, Pacific Starfish S.A. ("Pacific Starfish" or "Plaintiff") by and through its attorneys, Holland & Knight LLP, for its verified complaint against defendant, Spetitline, LLC a/k/a Spetit Line, LLC ("Spetitline" or "Defendant"), alleges as follows:

1.      This is a case of admiralty and maritime jurisdiction as hereinafter more fully appears and is a maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure.

2.     At all times material herein, plaintiff Pacific Starfish was and is a business entity organized and existing under the laws of the Republic of Panama and maintains a place of business at 53rd Street, Urbanizacion Obarrio, Torre Swiss Bank, 16th Floor, Republic of Panama.

3.     Upon information and belief, at all times material herein, defendant Spetitline was and is a business entity organized and existing under the laws of the United States with a registered office and registered agent for service of process at Investment and Tax International, Inc., 400 West Apple Street, Tea, South Dakota 57064 with its principle place of business at 10 Foulkes Square, 401 Ohio Street, Terre-Haute, Indiana 47807.

4.     On or about February 11, 2008, Spetitline entered into a voyage charter party (the "Charter") with Pacific Starfish, disponent owner, to load cargoes of frozen fish by way of ship-to-ship operation and carry the cargo to the port of Quindao, China aboard the M/V GENNADIY VODOLAZSKIY (the "Vessel"), which Charter was memorialized via a fixture recap.  The terms of the "GENCON" Charter 1994 were incorporated into the Charter. The fixture recap is annexed as Exhibit 1.

5.     Under the terms of the Charter, Pacific Starfish is entitled to USD $6,500 per day or pro rata for demurrage should the vessel fail to load with customary quick despatch.

6.     In this case, the net time of the Vessel's loading and discharge exceeded the agreed loading period by 106 hours, which at a rate of $6,500 per day or pro rata establishes damages for Spetitline in demurrage in the amount of $28,708.33.  Pacific Starfish rendered a breakdown on its calculation of demurrage to Spetitline on April 1, 2008.  A true and correct copy of the demurrage calculation is attached as Exhibit 2.

7.    Under the terms of the Charter, the loading is specified as about 2,500MT of frozen fish. The amount of cargo loaded by Spetitline was only 1,821.702MT, as evidenced by Mate's Receipts Nos. 4, 5, 6, 7 and 9, attached as Exhibit 3. Accordingly, Pacific Starfish's claim for deadfreight is 2,500MT – 1,821.702MT x freight rate of USD $95.00MT for a total sum of USD $64,438.31.

8.    On March 27, 2008, Pacific Starfish issued an invoice (the "1st Invoice") to Spetitline for the claim of ocean freight (USD $173,159.25), stevedorage (USD $3,253.47) and demurrage (USD $28,703.33) in the total sum of USD $205,121.05. A true and correct copy of the 1st invoice is annexed as Exhibit 4.

9.    On March 31, 2008 and April 4, 2008, Spetitline wired two sums of USD $173,159.25 and USD $3,253.47 respectively for purported settlement of the claims for ocean freight and stevedorage under the March 27, 2008 invoice.

10.    On May 28, 2008, Pacific Starfish rendered another invoice dated March 31, 2008 to Spetitline for deadfreight for the sum of USD $64,438.31 ("2nd Invoice"). The 2nd Invoice is attached is annexed as Exhibit 5.

11.    Despite repeated demands to Spetitline, the demurrage claim under the 1st invoice for the sum of USD $28,708.33 and the entire amount for deadfreight under the 2nd invoice for USD $64,438.31 remain unpaid and outstanding.

12.    The terms of the Charter call for arbitration to take place in London and English law is to apply.

13.    While all disputes arising out of the Charter are to be arbitrated in London, the action herein is submitted in accordance with Rule B of the Supplemental Rules of Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure as well as 9 U.S.C. §8, is not and cannot be considered a waiver of the Charter's arbitration clause.

14.    Based on the preceding, Spetitline owes a total of USD $93,146.64 under the Charter for demurrage and deadfreight on the voyage.

15.    In London arbitrations where English law applies, costs, including a reasonable allowance for attorney's fees, and interest at the rate of eight percent, is routinely awarded.

16.    Upon information and belief it will take approximately three years to arbitrate this dispute to conclusion, resulting in the following estimated interest and attorneys' fees and costs:

| | | | |
|---|---|---|---|
| Interest: | $ | 22,355.19 | ($93,146.64 x 0.080/year x 3 years) |
| Attorneys' fees and costs | $ | 100,000.00 | |
| Total Principal Claim: | $ | 93,146.64 | |
| Total Sought: | **$** | **215,501.83** | |

17.    Spetitline, LLC a/k/a Spetit Line, LLC is not found within the Southern District of New York but does have goods, chattels, credits, letters of credit, bills of lading, debts, effects and monies, funds, credits, wire transfers, accounts, letters of credit, electronic fund transfers, freights, sub-freights, charter hire, sub-charter hire, or other tangible or intangible property which belongs to it, is claimed by it, is being held for it or on its behalf, or which is being transferred for its benefit, within the jurisdiction and held in the name(s) of Spetitline, LLC and/or Spetit Line, LLC with, upon information and belief, the following financial institutions: Bank of America, N.A.; Bank of China; The Bank of New York; Citibank, N.A.; Deutsche Bank Trust

Company Americas; HSBC Bank USA, N.A.; JPMorgan Chase Bank, N.A.; UBS AG; Wachovia Bank, N.A.; Société Générale; Standard Chartered Bank; BNP Paribas; Calyon Investment Bank; American Express Bank; Commerzbank; ABN Amro Bank; Bank Leumi USA; Banco Popular, or any other financial institution within the Southern District of New York.

**WHEREFORE**, Pacific Starfish S.A. prays:

1.    That a summons with process of attachment and garnishment may issue against the defendants, Spetitline, LLC a/k/a Spetit Line, LLC; and if defendant cannot be found, then that goods, chattels, credits, letters of credit, bills of lading, debts, effects and monies, funds, credits, wire transfers, accounts, letters of credit, electronic fund transfers, freights, sub-freights, charter hire, sub-charter hire, or other tangible or intangible property which belongs to it, is claimed by it, is being held for it or on its behalf, or which is being transferred for its benefit, within the district may be attached in an amount sufficient to answer plaintiff's claim;

2.    That defendant Spetitline, LLC a/k/a Spetit Line, LLC and any other person claiming an interest therein may be cited to appear and answer the matters aforesaid;

3.    That judgment be entered in favor of Pacific Starfish S.A. and against Spetitline, LLC a/k/a Spetit Line, LLC in the amount of USD $215,501.83 (including estimated interest, expenses and attorneys' fees); and,

4.     That this Court grant Pacific Starfish S.A. such other and further relief which it may deem just and proper.

Dated: New York, New York
        June 30, 2008

                              HOLLAND & KNIGHT LLP

By:     _____

                              Michael J. Frevola
                              Christopher R. Nolan
                              195 Broadway
                              New York, NY 10007-3189
                              Tel:    (212) 513-3200
                              Fax:    (212) 385-9010

                              *Attorneys for Plaintiff*
                              *Pacific Starfish S.A.*

## VERIFICATION

STATE OF NEW YORK              )
                              :ss.:
COUNTY OF NEW YORK             )

CHRISTOPHER R. NOLAN, being duly sworn, deposes and says:

I am associated with the firm of Holland & Knight LLP, counsel for Pacific Starfish, S.A. ("Pacific Starfish"), plaintiff in the foregoing action. I have read the foregoing Verified Complaint and know the contents thereof, and the same are true and correct to the best of my knowledge. I have reviewed documentation provided to me by Pacific Starfish and corresponded with Pacific Starfish's representatives regarding this matter. I am authorized by Pacific Starfish to make this verification, and the reason for my making it as opposed to an officer or director of Pacific Starfish is that there are none within the jurisdiction of this Honorable Court.

_____
Christopher R. Nolan

Sworn to before me this
30th day of June, 2008

_____
Notary Public

Elvin Ramos
Notary Public, State of New York
NO. 01RA4870243
Qualified in Queens County
Certificate filed in New York County
Commission Expires September 2, 2010

# 5424462_v1

7

# EXHIBIT 1



# Spetit Line, LLC

| | |
|---|---|
| **1. Place and date of issue**<br>Seoul, Korea   March 11, 2008 | |
| **2. Owners / Place of business**<br>Pasific Starfish S.A.. As Disponent Owners | **3. Charterers / Place of business**<br>Spetitline, LLC |
| **4. Vessel's name**<br>m/v Gennadiy Vodolazskiy 235,000 cbf capacity,<br>Russian Flag. closed border status  or  Subs<br>Close Border | **5. Laycan**<br>March 05-08 , 2006 |
| **6. Load port or place**<br>1 GS place  WBS  fishing grounds, AAAA.<br>Transshipment outtside 12-mile zone of Russian TW  2-<br>3 trawlers trawlers | **7. Discharge port or place**<br>Qingdao , China 1 GSBP,AAAA  or<br>Dalian , China 1 GSBP,AAAA |
| **8. Cargo (also state quantity margin, if agreed; if FCC is not agreed state "part cargo")**<br>Abt 2,5000mt of fzn fishes  in bags , SF~ 55 cbf/mt ,as  part  of  cgo  only | |
| **9. Freight rate**<br>**USD 95.00** nmt FIOST BSS  1/1 for fish<br>**USD 100.00** nmt FIOST BSS  1/1 for pollack roe | **10. Laytime**<br>a) Loading:     CQD<br>b) Discharge;  500 MT PWWD SHEX UU |
| **11. Demurrage / Dispatch  (load and discharge)**<br>USD 6,500 PDPR/Free dispatch | **12. Agent**<br>Owners' agents BE |
| **13. Freight payment**<br>Freight is to be paid in full on Bs/L quantity in US dollars. discountless and non-returnable whether vessel and/or cargo lost or not lost to Owners' nominated bank account within 5 (Five) days after completion of loading, but always before signing and/or releasing original Bs/L and vessel's arrival at 1st discharge port | |
| **14. Bills of Lading**<br>"CONGENBILL" 1994 to be used and issued/signed by the Owners and/or their agents by authority and on behalf of the Master based on Mate's Receipts quantity and upon receipt of Bs/L details/instructions from the Charterers. Bs/L to state "Said To Be" for cargo description and "Said To Weigh" for cargo weight. Vessel not to be responsible for cargo description, weight, quality and assortment. All terms and conditions, liberties and exceptions of the governing Charter Party are herewith incorporated. | |

**Additional clauses covering special provisions**

15. Per FIOS terms, Charterers are to ensure that fishing vessel's crew performs cargo loading operations aboard of the tramper; otherwise Charterers agree to pay USD7.50/NMT stevedores charge for tramper's crew to work on board of the tramper.

16. Shipside tally to be for Owners' account, dockside tally to be for Charterers' account.

17. Any taxes/dues on cargo/freight to be for Charterers' account; any taxes/dues on vessel to be for Owners' account.

18. Arbitration, if any, to take place in London, English Law to apply.

19. Terms and conditions of this Fixture Note to be kept private and confidential.

20. Other terms and conditions as per "GENCON" Charter Party (as revised 1922, 1976 and 1994).

21. Chrts are agree for transportanion of frn cargo together with f\meal at the same compartment-on Their Own Risk and Responsibility

22. Brokerage commission of 2.00% of this Fixture Note to be paid to Ocean Express Trading, LLC as broker

It is mutually agreed that this Contract shall be performed subject to the conditions contained in this Fixture Note and referred Charter Party. In the event of a conflict of conditions, the provisions of Fixture Note shall prevail over those of respective Charter Party to the extent of such conflict.

| | |
|---|---|
| **Signature (Owners)**<br>Pasific Starfish S.A.. | **Signature (Charterers)**<br>Spetitline, LLC |

# EXHIBIT 2

## PACIFIC STARFISH S.A.

Address: 53rd Street, Urbanizacion Obarrio, Torre
Swiss Bank, 16th Floor. Republic of Panama
Bank: The Bank of Tokyo-Mitsubishi UFJ, Ltd.
Yokohama Branch

Our.Ref                                                    Date: 01.04.2008


                                                    Spetit Lane, LLC
                                              Attn: Yaroslavtsev Sergey


Demurrage calculation of m/v Gennagiy Vodolazskiy, which was been under cargo operation,
made by Freighter, Spetit Lane, LLC

| | | |
|---|---|---|
| 11.03.08 | expectation of loading | 4 hours |
| 12.03.08 | expectation of loading | 3 hours |
| 13.03.08 | expectation of loading | 8 hours |
| 14.03.08 | expectation of loading | 24 hours |
| 15.03.08 | expectation of loading | 24 hours |
| 16.03.08 | expectation of loading | 24 hours |
| 17.03.08 | expectation of loading | 9 hours |

                                              Total: 106 hours

Under the agreed rate for demurrage 6500 USD PDPR the total amount is 28.708,33
USD/106×6500:24.


Best Regards,


                        Pablo Javier Espino

# EXHIBIT 3

| "Gennady Vodolazskiy" | Date: | 11.03.2008 | Forwarding Agent |
|---|---|---|---|

**RECEIVED ON BOARD**

B/L No.

**JSC "OCEANRYBFLOT"**
Shipper

**"MARINE TRUMP INTERNANIONAL CO.LTD"**    **MATE'S RECEIPT No**    **4**
Consignee

Notify party:

From    **Sea of Okhotsk**

| Local vessel | Port of Loading: | |
|---|---|---|
| f/v "Baklanova" | Start of Loading: 19:18 09.03.08 | |
| Ocean vessel | Finish of Loading: 06:00 11.03.08 | |
| TR "Gennady Vodolazskiy" | Lat: 52° +37.5' N | Transhipment distance: 2190 miles. |
| | Long: 155° - 54.2' E | |
| Port of discharge | For Transhipment to | Final Destination |
| DALIAN, (China) | | |

| Marks & Numbers | No.Pkgs. or Units | Tare Net Weight | Kind of Packages or Units: Description of Goods | Net Weight (kg) | Gross Weight (kg) | t°C |
|---|---|---|---|---|---|---|
| 11-28;29;30 | 41 836 | bag 1/22 kg | Frozen Alaska Pollock, H/G,"1" | 920 392 | 966 412 | - 18° C |
| 31;32;33;34 | | | | | | |
| 35;36;37;38 | | | | | | |
| 39;21;22;23 | | | | | | |
| 24;25;26;27 | | | | | | |
| 39;40;44 | | | | | | |
| Total | 41 836 | | | 920 392 | 966 412 | |
| GRAND TOTAL: | 41 836 | | | 920 392 (kg) | 966 412 (kg) | |
| TOTAL No. of PACKAGES (in words) | Forty one thousand eight hundred thirty six | | | | | |
| TOTAL NET WEIGHT (in words) | Nine hundred twenty thousand three hundred ninety two kg | | | | | |
| TOTAL GROSS WEIGHT (in words) | Nine hundred sixty six thousand four hundred twelve kg | | | | | |

**REMARKS:**

Weight, measure, quality, quantity, condition, contents and value unknown, as declared by shipper but unknown to the carrier.
The carrier is not responsible for breakage and bending during a unloading as loading was made by forces shipper.
Weight, type,quality, grade and condition of goods being as per shipper's declaration and at his responsibility.
Bags have slight tearing with side, ship is not responsible for losses or damages by reason of this fact. 1 imp bags.
Shipped to hold with fishmeal together at shipper's risk
All marks declared by shipper. The marks are not clear.
The all production manufactured from raw fish, fishing out in Exclusive economical zone of Russia
The all production is shipped in the Economic zone of Russia

11.03.2008 перегруз производился в присутствии гос.инспектора ГМИ ... СБ РФ по Хабаровскому краю
и ЕАО Шакина А.В. ... 1′05520/16

Date Signed                                                                    Sales Contract No.

A.Shaposhnik                                                              Y. Anisimov
Master of the                                                              Master of the
f/v "Baklanovo"                                                          TR "Gennady Vodolazskiy"

9

"*Gennady Vodolazskiy*"  Date:  11.03.2008  Forwarding Agent

RECEIVED ON BOARD  B/L No.

*JSC "OCEANRYBFLOT"*

Shipper

"MARINE TRUMP INTERNATIONAL CO.LTD"  MATE'S RECEIPT No **5**

Consignee

Notify party.

From :  *Sea of Okhotsk*

| Local vessel | Port of Loading | | |
|---|---|---|---|
| f/v"Baklanovo" | Start of Loading :  18:30  10.03.08 | | |
| Ocean vessel | Finich of Loading :  09:00  11.03.08 | | |
| TR "Gennady Vodolazskiy" | Lat :  52° - 57,5' N | Transhipment distance  2190 miles. | |
| | Long :  155° - 54,2' E | | |
| Port of discharge  *Dalian (China)* | For Transhipment to | Final Destination | |

| Marks & Numbers | No.Pkgs or Units | Tare Net Weight | Kind of Packages or Units: Description of Goods | Net Weight (kg) | Gross Weight (kg) | t°C |
|---|---|---|---|---|---|---|
| II-2 | 3 446 | bag 1/40 kg | Fishmeal, including: from waste | 137 840 | 139 218 | - |
| Total | 3 446 | | Fishmeal | 137 840 | 139 218 | |
| GRAND TOTAL: | **3 446** | | | 137 840 (kg) | 139 218 (kg) | |
| TOTAL No. of PACKAGES (in words) | Three thousand four hundred forty six | | | | | |
| TOTAL NET WEIGHT (in words) | One hundred thirty seven thousand eight hundred forty kg | | | | | |
| TOTAL GROSS WEIGHT (in words) | One hundred thirty nine thousand two hundred eighteen kg | | | | | |

REMARKS:

Weight, measure, quality, quantity, condition, contents and value unknown. Weight as declared by shipper. Limp bags.

The temperature in a body is +20°C. The ship is not responsible for breakage and bending during a unloading as loading was made by forces shipper. It is shipped in crude weather.

Weight, type,quality,grade and condition of goods being as per shipper's declaration and at his resposibility.

Shipped to refrigerated hold with frozen fish together at shipper's risk.

The all production manufactured from raw fish, fishing out in Exclusive economical Zone of Russia

The all production is shipped in the Economic zone of Russia

11.03.2008  перегруз производился в присутствии гос.инспектора ГМИ аппарат_____Хабаровскому краю и ЕАО Шакина А.В.  ___ № 0590/16

Date Signed

A.Shaposhnik    Y. Anisimov

Master of the    Master of the
"f/v"Baklanovo"    TR "Gennady Vodolazskiy"

10

| "Gennady Vodolazskiy" | Date: | 13.03.2008 | Forwarding Agent |
|---|---|---|---|
| RECEIVED ON BOARD | | | B/L No. |
| "DIRECT INTERNATIONAL" | | | |
| Shipper | | | |
| "DIRECT INTERNATIONAL" | | MATE'S RECEIPT No | 6 |
| Consignee | | | |

Notify party;

From :  **Sea of Okhotsk**

| Local vessel f/v "Zaliv Vasilieva" Ocean vessel TR "Gennady Vodolazskiy" | Port of Loading Start of Loading :  05:30  12.03.08 Finish of Loading:  14:00  13.03.08 Lat :  52° - 37,0' N Long :  155° - 54,0' E | Transhipment distance  2100 miles. |
|---|---|---|
| Port of discharge Quindao, (China) | For Transhipment to | Final Destination |

| Marks & Numbers | No. Pkgs or Units | Tare Net Weight | Kind of Packages or Units: Description of Goods | Net Weight (kg) | Gross Weight (kg) | t°C |
|---|---|---|---|---|---|---|
| | 19 106 | bag 1/18 kg | Frozen Alaskan Pollock. H/G. | 343 908 | 361 103 | - 18° C |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| Total | 19 106 | | | 343 908 | 361 103 | |
| GRAND TOTAL: | 19 106 | | | 343 908 (kg) | 361 103 (kg) | t°C |
| TOTAL No. of PACKAGES (in words) | Nineteen thousand one hundred six | | | | | |
| TOTAL NET WEIGHT (in words) | Three hundred forty three thousand nine hundred eight kg | | | | | |
| TOTAL GROSS WEIGHT (in words) | Three hundred sixty one thousand one hundred three kg | | | | | |

**REMARKS:**

Weight, measure, quality, quantity, condition, contents and value unknown, as declared by shipper but unknown to the carrier.
The carrier is not responsible for breakage and bending during unloading as loading was made by forces shipper.
Weight, type,quality,grade and condition of goods being as per shipper's declaration and at his responsibility.
Bags have slight tearing with side, ship is not responsible for losses or damages by reason of this fact, Limp bags.
All marks declared by shipper. The marks are not clear.
The all production manufactured from raw fish, fishing out in Exclusive economical Zone of Russia
The all production is shipped in the Economic zone of Russia

13.03.2008  перегруз производился в присутствии гос.инспектора ГМИ аппарата ПУ ФСБ РФ по Хабаровскому краю и БАО Шакина А.В.    № 0590/82

Date Signed                                                                      Contract No.

A.Shkodin
Master of the
f/v "Zaliv Vasilieva"

Y. Anisimov
Master of the
TR "Gennady Vodolazskiy"

7

*"Gennady Vodolazskiy"*            Date:  13.03.2008    Forwarding Agent

**RECEIVED ON BOARD**                                B/L No.

*"DIRECT INTERNATIONAL"*
Shipper

*"DIRECT INTERNATIONAL"*          **MATE'S RECEIPT No**         **7**
Consignee

Notify party

From :  **Sea of Okhotsk**

| Local vessel | | | Port of Loading | | | |
| *D/v"Zaliv  Vasilieva"* | | | Start of Loading : | 05.30  12.03.08 | | |
| Ocean vessel | | | Finish of Loading : | 14:00  13.03.08 | | |
| TR "Gennady Vodolazskiy" | | | Lat : | 52° - 37,0' N | Transhipment distance  2190 miles. | |
| | | | Long : | 155° - 54,0' E | | |
| Port of discharge | | | For Transhipment to : | | Final Destination | |
| Quinduo, (China) | | | | | | |

| Marks & Numbers | No. Pkgs or Units | Tare Net Weight | Kind of Packages or Units: Description of Goods | Net Weight (kg) | Gross Weight (kg) | t° C |
|---|---|---|---|---|---|---|
| | 813 | bag / 24 kg | Frozen Alaskan Pollock Roe | 19512 | 21638 | - 18° C |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| Total | 813 | | | 19 512 | 21 658 | |
| GRAND TOTAL: | 813 | | | 19 512 (kg) | 21 658 (kg) | -x° |
| TOTAL No. of PACKAGES (in words) | Eight hundred thirteen | | | | | |
| TOTAL NET WEIGHT (in words) | Nineteen thousand five hundred twelve kg | | | | | |
| TOTAL GROSS WEIGHT (in words) | Twenty one thousand six hundred fifty eight kg | | | | | |

**REMARKS.**
Weight, measure, quality, quantity, condition, contents and value unknown, as declared by shipper but unknown to the carrier.
The carrier is not responsible for breakage and bonding during a unloading as loading was made by forces shipper.
Weight, type,quality,grade and condition of goods being as per shipper's declaration and at his responsibility.
Bags have slight tearing with side, ship is not responsible for losses or damages by reason of this fact. Limp bags.
All marks declared by shipper. The marks are not clear.
The all production manufactured from raw fish, fishing out in Exclusive economical zone of Russia
The all production is shipped in the Economic zone of Russia

13.03.2008  перегруз производился в присутствии гос.инспектора ГМИ ... РФ по Хабаровскому краю
и ЕАО Шакина А.В.  за N0530/17
Date Signed                                  ... Contract No.



8

| *"Gennady Vodolazskiy"* | | | Date: **18.03.2008** | Forwarding Agent | |
|---|---|---|---|---|---|
| **RECEIVED ON BOARD** | | | | B/L No. | |
| *ZAO "BLAF"* | | | | | |
| Shipper | | | | | |
| KMC "GLOBAL CO.LTD." | | | MATE'S RECEIPT No | | 9 |
| Consignee | | | | | |
| Notify party | | | | | |

| From | **Sea of Okhotsk** | | |
|---|---|---|---|
| Local vessel | Port of Loading | | |
| *f/v"Petropavlovsk"* | Start of Loading : | 10:00  17.03.08 | |
| Ocean vessel | Finish of Loading : | 09:30  18.03.08 | |
| TR *"Gennady Vodolazskiy"* | Lat : | 55° – 26,1' N | Transhipment distance 2300 miles. |
| | Long : | 155° – 03.6' E | |
| Port of discharge | For Transhipment to | | Final Destination |
| Quindao. (China) | | | |

| Marks & Numbers | No.Pkgs or Units | Tare Net Weight | Kind of Packages or Units; Description of Goods | Net Weight (kg) | Gross Weight (kg) | t° C |
|---|---|---|---|---|---|---|
| 1:1;2;3; | 19050 | bag 1/21 kg | Fzn Alaska Pollock, H/G."25+" | 400050 | 420053 | - 18" C |
| 4;5;6. | | | | | | - 18" C |
| **GRAND** | **19 050** | | | **400 050** | **420 053** | |
| **TOTAL:** | | | | (kg) | (kg) | |
| **TOTAL No. of PACKAGES** (in words) | Nineteen thousand fifty | | | | | |
| **TOTAL NET WEIGHT** (in words) | Four hundred thousand fifty kg | | | | | |
| **TOTAL GROSS WEIGHT** (in words) | Four hundred twenty thousand fifty three kg | | | | | |

**REMARKS:**

Weight, measure, quality, quantity, condition, contents and value unknown, as declared by shipper but unknown to the carrier.
The carrier is not responsible for breakage and bending during a unloading as loading was made by forces shipper.
Weight, type,quality,grade and condition of goods being as per shipper's declaration and at his responsibility.
Bags have slight tearing with side, ship is not responsible for losses or damages by reason of this fact. Limp bags.
All marks declared by shipper. The marks are not clear.
The all production manufactured from raw fish, fishing out in Exclusive economical Zone of Russia
The all production is shipped in the Economic zone of Russia

18.03.2008 перегруз производился под контролем гос.инспектора ГМИ СВПУ ФСБ РФ Горового Н.Н.
акт регистрации  №0410/56.

Date Signed                                                                                     Sales Contract No.

A. Sukhoparov
Master of the
f/v"Petropavlovsk"

Y. Anisimov
Master of the
TR "Gennady Vodolazskiy"

6

# EXHIBIT 4

# PACIFIC STARFISH S.A.

## *INVOICE №-04-03/2008*

### Date:March,27, 2008

Messrs. «SPETIT LINE,LLC»

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Ocean freight M/V «Gennadiy Vodolazskiy» (frozen fish and fishmeal) | 1802.19 NMT | 95, 00 USD | 171.208.05USD |
| (frozen Alaskan Pollock Roe) | 19.512 NMT | 100, 00 USD | 1.951,20USD |
| Stevedorage | 382.761 BRT | 8, 50 USD | 3.253,47 USD |
| Demurrage | 106 hours | 6.500,00 USD PDPR | 28.708,33 USD |
| **TOTAL** | | | **205.121,05 USD** |

You are kindly requested to remit the amount into our account with

Beneficiary : "Pacific Starfish S.A."
Address : 53rd street, Urbanizacion Obarrio, Torre Swiss Bank, 16 Fl, PANAMA.
Bank:   The Bank of Tokyo-Mitsubishi UFJ,Ltd
        Yokohama Branch,Japan
Account: USD 3022093

Yours faithfully   "PACIFIC STARFISH S.A."

# EXHIBIT 5

# PACIFIC STARFISH S.A.

## *INVOICE №-05-03/2008*

### Date:March,31, 2008

| Messrs. «SPETIT LINE,LLC» | | | |
|---|---|---|---|
| Description | Quantity | Unit Price | Amount |
| Dead - freight M/V «Gennadiy Vodolazskiy» | 678.296 NMT | 95, 00 USD | 64.438,31USD |
| TOTAL | | | 64.438,31 USD |

You are kindly requested to remit the amount into our account with

Beneficiary : "Pacific Starfish S.A."
Address : 53rd street, Urbanizacion Obarrio, Torre Swiss Bank, 16 Fl, PANAMA.
Bank:  The Bank of Tokyo-Mitsubishi UFJ,Ltd
        Yokohama Branch,Japan
Account: USD 3022093

Yours faithfully        "PACIFIC STARFISH S.A."