Michael J. Frevola
Christopher R. Nolan
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
(212) 513-3200

ATTORNEYS FOR PLAINTIFF
PACIFIC STARFISH S.A.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PACIFIC STARFISH S.A.,

        Plaintiff,

-against-

SPETITLINE, LLC, a/k/a
SPETIT LINE, LLC,

        Defendant.



08 Civ. 6052

**CORPORATE DISCLOSURE STATEMENT IN ACCORDANCE WITH RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE**

    I, Christopher R. Nolan, attorney for Plaintiff Pacific Starfish, S.A. ("Pacific Starfish"), having filed an initial pleading in the above captioned matter, make the following disclosure to the Court pursuant to Rule 7.1 of the Federal Rules of Civil Procedure: Pacific Starfish is a privately owned company, is not publicly traded, and none of its shares are owned by a publicly traded company.

Dated:    New York, New York
             June 30, 2008

                              HOLLAND & KNIGHT LLP

                By:    _____
                              Michael J. Frevola
                              Christopher R. Nolan
                              195 Broadway
                              New York, NY 10007-3189
                              Tel:   (212) 513-3200
                              Fax:  (212) 385-9010

                              *Attorneys for Plaintiff*
                              *Pacific Starfish S.A.*