Michael J. Frevola
Christopher R. Nolan
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
(212) 513-3200

ATTORNEYS FOR PLAINTIFF
PACIFIC STARFISH S.A.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PACIFIC STARFISH S.A.,

        Plaintiff,

-against-

SPETITLINE, LLC a/k/a
SPETIT LINE LLC,

        Defendant.

---

JUDGE JONES

08 CV 6052

**AFFIDAVIT IN SUPPORT
OF ATTACHMENT**

STATE OF NEW YORK    )
                              ) ss:
COUNTY OF NEW YORK  )

Christopher R. Nolan, being duly sworn, deposes and says:

1. I am associated with the firm of Holland & Knight LLP, attorneys for plaintiff Pacific Starfish, S.A. ("Pacific Starfish"), and I am duly admitted to practice before the United States District Court for the Southern District of New York.

2. I am familiar with the facts and circumstances underlying this dispute and I am submitting this affidavit in support of the Verified Complaint and the requested Writ of Attachment.

3. Defendant is not listed in the telephone directory of the principal metropolitan areas in this district, nor are they listed in the Transportation Tickler, a recognized commercial directory in the maritime industry.

4. Our office contacted the Secretary of State for the State of New York and was advised that Defendant is neither a New York business entity, nor a foreign business entity authorized to do business in New York.

5. To the best of my information and belief, Defendant cannot be found within this district or within the State of New York.

6. Based upon the facts set forth in the Verified Complaint, I respectfully submit that the Defendant is liable to Plaintiff for the damages alleged in the Verified Complaint, which amounts, as best as can be presently determined, to a total of $215,501.83, including estimated interest, expenses and attorneys' fees.

7. Upon information and belief, Defendant has goods, chattels, credits, letters of credit, bills of lading, debts, effects and monies, funds, credits, wire transfers, accounts, letters of credit, electronic fund transfers, freights, sub-freights, charter hire, sub-charter hire, or other tangible or intangible property which belongs to it, is claimed by it, is being held for it or on its behalf, or which is being transferred for its benefit, within the jurisdiction and held in the name of Spetitline, LLC and/or Spetit Line, LLC at one or more of the following financial institutions:

Bank of America, N.A.
Bank of China
The Bank of New York
Citibank, N.A.
Deutsche Bank Trust Company Americas
HSBC Bank USA, N.A.

JPMorgan Chase Bank, N.A.

UBS AG

Wachovia Bank, N.A.

Société Générale

Standard Chartered Bank

BNP Paribas

Calyon Investment Bank

American Express Bank

Commerzbank

ABN Amro Bank

Bank Leumi USA

Banco Popular

8.   Plaintiff is, therefore, requesting that this Court, pursuant to Rule B(1) of the Supplemental Rules for Certain Admiralty and Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure, issue a writ of maritime attachment for an amount up to $215,501.83.

**WHEREFORE**, Plaintiff respectfully requests that the application for a writ of maritime attachment and garnishment be granted.

_____
Christopher R. Nolan

Sworn to before me this
30th day of June, 2008

_____
Notary Public

# 5426196_v1

Elvin Ramos
Notary Public, State of New York
NO. 01RA4870243
Qualified in Queens County
Certificate filed in New York County
Commission Expires September 2, 2010

3